UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEREK JORDAN

V  3:03CV371 JCH

JOHN ASHCROFT

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's petition for writ of habeas corpus and stay of removal.

The Court issued a Ruling on Petition For Writ Of Habeas Corpus and Stay of Removal on December 29, 2003, vacating the stay and denying the petition.

Therefore, it is ORDERED and ADJUDGED that the stay is vacated, the petition is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 8th day of January, 2004.


KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
          Deputy Clerk


Entered on Docket _____